835 A.2d 158

**Raynard Dorel BRADLEY**

v.

**STATE of Maryland.**

**No. 30, Sept. Term, 2003.**

Court of Appeals of Maryland.

Nov. 7, 2003.

William E. Nolan, Asst. Public Defender (Stephen E. Harris, Public Defender, on brief), Baltimore, for Petitioner.

Steven L. Holcomb, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of MD, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL and BATTAGLIA, JJ.

**PER CURIAM ORDER**

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 7th day of November, 2003,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.